**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Stella D. Salmeron v. Dell, Inc.

Appellate case number:    01-19-00922-CV

Trial court case number:  1138976

Trial court:              County Civil Court at Law No. 1 of Harris County, Texas

Appellant Stella Salmeron ("Salmeron") has filed a third motion for extension of time to file a motion for rehearing. This Court granted Salmeron's two previous motions extensions of time to file her motion for rehearing, which resulted in Salmeron receiving over 160 days in which to file her motion for rehearing. In our previous order granting her second motion for extension of time, we stated that no additional extensions would be granted.

Appellant's third motion for extension is **denied**. **Appellant's motion for rehearing is due to be filed no later THURSDAY, OCTOBER 28, 2021**.

It is so ORDERED.

Judge's signature: /s/ Amparo Guerra
                   ☒  Acting individually    ☐  Acting for the Court

Date: October 26, 2021